## W. G. Markman, Appellee, v. O. L. Hallbeck and R. L. Hallbeck, trading as Hallbeck & Son, Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Edwards county; the Hon. JULIUS C. KERN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed June 18, 1917.

### Statement of the Case.

Action by W. G. Markman, plaintiff, against O. L. Hallbeck and R. L. Hallbeck, partners, trading as Hallbeck & Son, defendants, to recover damages for the alleged breach of a warranty in the sale of a gasoline engine by defendants to plaintiff. From a judgment for plaintiff for $96.67, defendants appeal.

ALLEN E. WALKER and H. G. MORRIS, for appellants.

A. M. GEE, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1411*—*when verdict not disturbed.* In an action to recover for breach of a warranty in the sale of a secondhand gasoline engine, where the evidence was contradictory as to the working of the engine, and there was sufficient proof to warrant the finding that there was an express warranty and that the engine failed to fulfil such warranty, *held* that the verdict in favor of plaintiff should not be set aside.

2. SALES, § 402*—*when refusal of instruction on nonexistence of implied warranty is not error.* In an action to recover for breach of a warranty in the sale of a secondhand gasoline engine, where there was an express warranty, *held* that the refusal of an instruc-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

tion that in the sale of secondhand goods no warranty was implied, was not error, as in any event it was possible that secondhand goods might be sold under such circumstances as to raise an implied warranty.

3. APPEAL AND ERROR, § 1525*—*when instructions not reversibly erroneous.* When instructions treated as a series do not contain such error as would warrant a reversal, the fact that they were not carefully drawn and contain minor inaccuracies will not cause a reversal.